Argued December 3, affirmed December 3, 1971, petition for rehearing denied January 4, petition for review denied February 1, 1972

STATE OF OREGON, *Respondent, v.* JAMES LINDSAY EASTBURN (No. 100147), *Appellant.*

490 P2d 1281

*Theodore R. Kulongoski,* Eugene, argued the cause for appellant. On the briefs were Dwyer, Jensen & Kulongoski, P.C., Eugene.

*John W. Osburn,* Solicitor General, Salem, argued the cause for respondent. With him on the brief was Lee Johnson, Attorney General, Salem.

Before Schwab, Chief Judge, and Langtry and Thornton, Judges.

Affirmed from the bench.